United States District Court
Southern District of Texas
**ENTERED**
March 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACQUELINE ELAINE NICKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-cv-02727 |
| | § | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On March 23, 2016, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). On March 24, 2017, the court entered a memorandum and order disposing of the issues in this case. Therefore, it is,

**ORDERED** that this case is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 24th day of March, 2017.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**